No. 12–5824. S. J. v. MENTAL HEALTH BOARD OF THE FOURTH JUDICIAL DISTRICT. Sup. Ct. Neb. Certiorari denied. ▪

No. 12–5842. GARCIA-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5945. DAVIDSON v. TENNESSEE;
No. 12–5963. THOMAS v. TENNESSEE; and
No. 12–6685. COBBINS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 12–5948. CARTHEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5959. COOK v. REINKE, DIRECTOR, IDAHO DEPARTMENT OF CORRECTION. C. A. 9th Cir. Certiorari denied. ▪

No. 12–5982. CRAWFORD v. EVERHOME MORTGAGE CO. Sup. Ct. Fla. Certiorari denied.

No. 12–6006. SCOTT v. U. S. BANK N. A. ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6024. JOHNSON v. ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 12–6028. CASTILLO-GAMEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6053. DECASTRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6084. HILL v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 12–6092. CLAWSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6205. POST v. PINEDA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6222. HACKWORTH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.